BEFORE THE THIRD DIVISION, FEBRUARY 2, 1939

**No. 40587.**—Protests 962207–G, etc., of Browne Vintners Ci. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40588.**—Petition 5738–R of Agfa Ansco Corporation (New York).

Opinion by CLINE, J. The petition was dismissed.

**No. 40589.**—Protests 975742–G, etc., of W. F. Mackay (Pembina).

Opinion by EVANS, J. It was stipulated that the collector failed to designate any packages to be opened, examined, and appraised in these cases. On the authority of *International Clearance Co.* v. *United States* (T. D. 48544) the liquidations were held void because based on void appraisements and the protests were sustained.

**No. 40590.**—Protest 969321–G of A. Millner & Co., Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of origan or herb leaves similar to those the subject of *United States* v. *Strohmeye.* (25 C. C. P. A. 120, T. D. 49242). The claim for free entry under paragraph 1722 was therefore sustained.

**No. 40591.**—Protest 969113–G of Hellas Importing Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of origanum leaves similar to those the subject of *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242). The claim for free entry under paragraph 1722 was therefore sustained.

**No. 40592.**—Protest 958291–G of Sun Wing Wo Co. (Los Angeles).

Opinion by EVANS, J. The broken content of the milled rice in question was held dutiable at five-eighths of 1 cent per pound under paragraph 727 as claimed. *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) followed.